**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER MAURICIO MARTINEZ HERNANDEZ, | Case No. 1:25-CV-01035 JLT HBK |
| Petitioner, | ORDER DISMISSING PETITION AS MOOT |
| v. | |
| TONYA ANDREWS, ET AL., et. al, | |
| Respondents. | |

On August 28, 2025, this Court converted Petitioner's Motion for Temporary Restraining Order into a Preliminary Injunction and granted that motion, requiring Respondents to provide Petitioner with a substantive bond hearing. (Doc. 15.) The recent status report indicates that the hearing was provided and that Petitioner has been released after posting bond. (Doc. 19.) Petitioner indicates that his Petition is therefore now moot. (*Id.*)

Thus, the Court orders:

1. The Petition is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated:   **February 13, 2026**

_____
UNITED STATES DISTRICT JUDGE